# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Albert, Theodor C. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>10/28/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 411 W. Fourth Street<br>Santa Ana, CA 92701-4593<br>Suite 5085 |

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Old Towne Preservation Association (see Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albert, Theodor C.** | 10/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Chapman University, Fowler School of Law | $6,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/19-12/19 | periodic draws her lawfirm Gaskell & Associates |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Univeristy Antonin Scalia Law School Law & Economics Center | October 2019 | Santa Fe New Mexico | attend conference | two nights lodging, meals and airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albert, Theodor C.** | 10/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | credit card balance | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Georgia Dover Educ. Trust #2 | A | Dividend | L | T | Distributed (part) | 04/01/19 | J | | |
| 2. | -Washington Mutual Investors Fund | A | Interest | L | T | Distributed (part) | 06/01/19 | J | | |
| 3. | | | | | | | | | | |
| 4. | Bank of America checking | A | Interest | J | T | | | | | |
| 5. | Wells Fargo Checking (see Part VIII) | A | Interest | J | T | | | | | |
| 6. | Wells Fargo Checking (see Part VIII) | A | Interest | J | T | | | | | |
| 7. | Simple IRA Wells Fargo Advisors | A | Interest | K | T | | | | | |
| 8. | Wells Fargo Advisors #1 header | | | | | | | | | |
| 9. | -Wells Fargo Cash deposit | A | Interest | J | T | | | | | |
| 10. | -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 11. | -Darden Restaurants | A | Dividend | J | T | | | | | |
| 12. | -Frontier Communications | A | Dividend | J | T | Sold (part) | 08/02/19 | J | | |
| 13. | -General Electric Corp. | A | Dividend | J | T | Sold (part) | 08/06/19 | J | | |
| 14. | -Morgan Stanley PVT B | A | | | | Buy | 05/30/19 | J | | |
| 15. | -Morgan Stanley PVT B | | | | | Sold | 08/02/19 | J | | |
| 16. | -New York Community Bancorp. | A | Distribution | J | T | | | | | |
| 17. | -Morgan Stanley Fix/Float CPA Note | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Morgan Stanley Fix/Float | A | Interest | K | T | | | | | |
| 19.   -U.S. Treasury Bond | A | Interest | J | T | | | | | |
| 20.   -Aberdeen Asia Pacific Fund | B | Dividend | J | T | | | | | |
| 21.   -Kinder Morgan Inc | A | Dividend | | | Sold | 02/11/19 | J | | |
| 22.   -Two Harbors Ivt. Corp | B | Dividend | J | T | | | | | |
| 23.   -Eaton Vance Tax Managed Global | | None | J | T | | | | | |
| 24.   -Eaton Vance Tax Managed | A | Dividend | K | T | | | | | |
| 25.   -Bristol Myers Squibb | A | | | | Sold | 08/23/19 | K | A | |
| 26.   -Office Depot | A | Dividend | J | T | Buy | 02/15/19 | J | | |
| 27.   -Blackrock Enhanced Govt. Fund | A | Dividend | J | T | | | | | |
| 28.   -Green Mountain Coffee | | None | J | T | | | | | |
| 29.   -WABTEC | A | Dividend | J | T | | | | | |
| 30.   -New York Comm Bancorp | | Dividend | J | T | | | | | |
| 31.   -Hawaiian Elec. Inds I | | None | J | T | | | | | |
| 32.   --Amgen Inc. | | None | J | T | | | | | |
| 33.   Wells Fargo Advisors #2 header | | | | | | | | | |
| 34.   -Cash sweep account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albert, Theodor C.** | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Energy Transfer LP | A | | J | | Buy | 05/30/19 | J | | |
| 36.  -Morgan Stanley Pvt. Bk. | A | | K | | Buy | 04/04/19 | K | | |
| 37.  -Vanguard Dividend Appreciation | A | Dividend | K | T | Buy | 03/06/19 | K | | |
| 38.  -Two Harbors Invt. Corp. | A | Dividend | J | T | Sold<br>(part) | 05/30/19 | J | A | |
| 39.  -LaSalle Bank Floating Rate | | None | K | T | | | | | |
| 40.  Novartis AG Spon ADR | A | Dividend | | | Sold | 04/04/19 | K | A | |
| 41.  Wells Fargo Advisors #3 IRA header | | | | | | | | | |
| 42.  -La Salle Bank floating Rate | A | Interest | K | T | | | | | |
| 43.  -Aust. Currency Shres DL ETF | A | Dividend | J | T | | | | | |
| 44.  -SPDR DB Intl. Govt. | | None | J | T | | | | | |
| 45.  -Xerox Corp.aka Conduent, Inc. see Part VIII | A | Distribution | J | T | | | | | |
| 46.  -Xerox Corp. | A | Dividend | J | T | Buy<br>(add'l) | 02/08/19 | J | | |
| 47.  -Xerox Corp | | | | | Sold | 12/10/19 | J | A | |
| 48.  -Westrock Co. | A | | K | | Buy | 09/11/19 | K | | |
| 49.  -C. SPLS 032015. | | None | J | T | | | | | |
| 50.  -C SPLS 032015 | | None | J | T | | | | | |
| 51.  -Hecla Mining | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -AT&T | A | Dividend | J | T | | | | | |
| 53.   -Guggenheim Build Am. | A | Dividend | K | T | | | | | |
| 54.   -Pfizer | A | Dividend | J | T | | | | | |
| 55.   -Pfizer | A | Dividend | J | T | | | | | |
| 56.   -Amgen. Inc. | A | Dividend | J | T | | | | | |
| 57.   -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 58.   -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 59.   -Starz Series A | A | Dividend | J | | | | | | |
| 60.   -Guggenheim Build Am. | A | Dividend | J | T | | | | | |
| 61.   -Deere&Co. | A | Dividend | J | T | | | | | |
| 62.   -Nuveen S&P 500 Buy-Write | A | Dividend | | | Sold | 08/02/19 | J | | |
| 63.   -Firstenergy Corp. | A | Dividend | J | T | | | | | |
| 64.   -Hertz Global Holdings | | None | J | T | | | | | |
| 65.   -Ford Motor Co. | A | Dividend | J | T | | | | | |
| 66.   -JPMorgan Chase med. notes | | None | K | T | | | | | |
| 67.   -Hecla Mining | A | Dividend | J | T | | | | | |
| 68.   -Hecla Mining | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Fitbit, Inc. CL A | A | Dividend | K | T | | | | | |
| 70. -Hecla Mining Co. | A | Dividend | K | T | | | | | |
| 71. -At&T Inc. | A | Dividend | J | T | | | | | |
| 72. -IShares MSCI ETF | A | Dividend | J | T | | | | | |
| 73. -Salesforce.com | A | Dividend | J | T | | | | | |
| 74. -Tupperware Corp. | A | Dividend | J | T | | | | | |
| 75. -Hanesbrands, Inc. | A | Dividend | J | T | | | | | |
| 76. -Zagg, Inc. | A | Dividend | J | T | | | | | |
| 77. -Morgan Stanley Bk NA CD Salt Lake City acct 365 | A | Interest | K | T | Buy | 02/08/19 | K | | |
| 78. -US Treasury Inf. Indexed Notes | A | Interest | K | T | Buy | 12/11/19 | K | | |
| 79. The ▒▒▒▒ Trust (see partVIII) header | | | | | | | | | |
| 80. -Morgan Stanley SR unsec. variable | A | Interest | | | Sold | 09/05/19 | J | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont.  Items #1  Georgia Dover Educational trust are invested in Washington Mutual Investor's Fund adminstered by Learning Quest.

VII Investments cont.  Item#5:  This Wells Fargo account holds monies received as my distribution from _____ Trust 05/15/2017

VII Investments cont. Item#6:  This account is the operating account for _____ lawfirm Gaskell & Associates.  Balance fluctuates daily.

VII Investments cont. Item #79-80 : The great bulk of the _____ Trust was distributed to the beneficiaries. However, a portion of the funds are still being administered at Wells Fargo Advisors by me in a joint account for benefit of _____ The joint account with ___ assent is now being administered for ___ education although I am still on title jointly as a protective device..

Part I: Old Towne Preservation Association is a non-profit charitable/educational association dedicated to the preservation of architecutre from before 1940 in Old Towne Orange, CA. The directorship is unpaid.

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 10/28/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodor C. Albert**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544